# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 04, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MARY KETCHUM, | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-CV-03002-FVS |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other: Defendant's Motion for Remand (ECF No. 19) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED in part.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   FRED VAN SICKLE _____ on motions for
Summary Judgment (ECF Nos. 14) and Motion for Remand (ECF No. 19)

Date: 04/04/2018 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates